

# Texas Department of Criminal Justice
## STEP 2

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY |
|---|
| Grievance # 2020142336 |
| UGI Recd Date: SEP 0 5 2020 |
| HQ Recd Date: RECEIVED SEP 2 1 2020 |
| Date Due: 10-25-2020 |
| Grievance Code: 000 |
| Investigator ID#: 1312 |
| Extension Date: |

Offender Name: Justin Wright    TDCJ # 1999550
Unit: Polunsky    Housing Assignment: G-19-B-7 building 11-4B
Unit where incident occurred: Beto

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

Give reason for appeal (Be Specific).   I am dissatisfied with the response at Step 1 because...

Im not satisfied with my step 1 response because, i've filed four grievances in regards to me being stabbed while on protective custody. None of them were responded to. I was intentionally set up to get killed by an officer I almost lost my life by an inch. The maintenence lady was at my UCC Committy and she dates one of the inmates who had me stabbed everything that was said she went back and told the inmates who tried to kill me. The grievance people on Beto Retaliates against me by not responding or filing my grievance thats against the law and a violation of the (8th Amendment) Cruel and unusal punishment and a violation of due process. These people are so corrupt its almost unbelievable they act like criminals. They don't follow procedure they retaliate when you have a legitimate grievance or problem. They work with inmates to get you hurt. They destroy grievances and evidence. They warn inmates when you tell authority. I should not have to make copies and have my family send copies to The Department of Justice. A copy of this grievance has been sent to my mother to make more copies one goes to the department of Justice one to Oscar Mendoza. This grievance was held up on camera at 12:02 and witnessed by an officer. Please do not destroy this evidence that could be used in a criminal investigation by the FBI. This is my fifth grievance on this matter none hase been respond to Please for the safety of law abiding citizens

I-128 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix G

Please let this grievance go through. I have timely filed grievances since the date these incidences occured still no response, only destroyed paper work. Please stop oppressing me and respond to my outcry my family is also in danger they are scared. I will not stop until I get a response by any means neccessary

Offender Signature: _____  Date: 9-4-20

Grievance Response:

An emergency investigation was conducted into your allegations. Said incident on 2/26/20 was confirmed and you were seen by medical immediately. A unit transfer was expedited, and you are now assigned to the Polunsky unit. No further action is warranted.

Signature Authority: M. LEWANDOWSKI   Date: OCT 2 2 2020

Returned because:   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**
**Initial Submission**          CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____
**2nd Submission**          CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____
**3rd Submission**          CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
   (check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)                                                    Appendix G